UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In Re:   Case No. 18-14312-JKO
         Chapter 11

MICHAEL PATRICK SMITH,

      Debtor.
_____/

## FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE

Pursuant to Local Rule 3022-1(A), the undersigned, counsel for Debtor MICHAEL PATRICK SMITH (the "Debtor"), files this Final Report and Motion for Final Decree and represents:

1. The Plan of Reorganization in this case [ECF 48] (the "Plan") was confirmed on June 14, 2019 [ECF No. 90]. The Plan provided that each holder of an allowed general unsecured claim against the Debtor would be paid pro rata from a distribution of $46,901.10. This amount has been paid, or appropriate arrangements have been made for the full payment thereof.

2. The deposit required by the plan has been distributed and all matters to be completed upon the effective date of the confirmed plan have been fulfilled or completed.

3. There are no longer any pending adversary proceedings or contested matters which would affect the substantial consummation of this case.

4. All administrative claims and expenses have been paid in full, or appropriate arrangements have been made for the full payment thereof. A summary of fees and expenses is as follows:

$ N/A         Fee for Attorney for Trustee
$ 5,491.84    Fee for Attorney for Debtor
$ Paid        U.S. Trustee (fees required by 28 U.S.C. §1930)

LF-35 (rev.12/1/09)

$  1,717.00    Clerk of Court (fees required by 28 U.S.C. §1930)
$  0.00    Other Professionals
$  N/A    All expenses, including Trustee's

    5. Attached as Exhibit A is a distribution report detailing the payments made under the plan on the effective date.

    The undersigned respectfully requests that this court enter a final decree and close this fully administered case.

    I certify that a copy of this report and attachments was served via e-mail to the U.S. Trustee's office on March 8, 2021.

Wernick Law, PLLC
*Counsel for the Debtor*
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
(561)961-0922/ (561)431-2474-fax

By: */s/Aaron A. Wernick*
Aaron A. Wernick, Esq.
Florida Bar No. 14059
awernick@wernicklaw.com

LF-35 (rev.12/1/09)

## EXHIBIT A

CASE NAME: MICHAEL PATRICK SMITH
CASE NUMBER:  18-14312-JKO
The following payments have been made pursuant to the plan of reorganization:

RECIPIENT                                    ALLOWED AMOUNT   DIVIDEND

| NAME OF CREDITOR | CLAIM # | SCHEDULED AND/OR CLAIMED AMOUNT | Amount paid |
|---|---|---|---|
| Internal Revenue Service | 1-2 | $5,037.93 (claim paid in full prior to entry of Order Confirming Plan) | $0.00 |
| American Express Centurion Bank | 2 | $15,461.91 | $1,080.36 |
| FINRA | S | $3,000.00 | $209.62 |
| Gateway One Lending | 3 | $2,525.19 | $176.44 |
| Morgan Stanley Smith Barney, LLC | 4 | $650,255.21 | $45,434.69 |

LF-35 (rev.12/1/09)